# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **ARTURO CARDONA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 1:24-cv-1504 |
| § | |
| **RIO CONSTRUCTION, INC. AND** § | |
| **JERRY BISHOP, INDIVIDUALLY,** § | |
| § | |
| **Defendants.** § | |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiff Arturo Cardona certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Arturo Cardona
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601


Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

ATTORNEY FOR PLAINTIFF