IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ARTURO CARDONA,                          §
                                         §
        *Plaintiff*,                     §
                                         §
vs.                                      §
                                         §        Case No. 1:24-cv-1504
                                         §
RIO CONSTRUCTION, INC. AND               §
JERRY BISHOP, INDIVIDUALLY,              §
                                         §
                                         §
        *Defendants*.                    §

---

**DEFENDANT RIO CONSTRUCTION, INC.'S
RULE 7.1 CORPORATE DISCLOSURE**

---

Defendant Rio Construction, Inc. files this corporate disclosure pursuant to Fed. R. Civ. P. 7.1, certifying the following:

Rio Construction, Inc. is a Texas corporation. It is privately owned, and has no parent corporation(s).

- 1 -

Dated: February 13, 2025

Respectfully submitted,

HOWRY BREEN & HERMAN, L.L.P.

Randy R. Howry
State Bar No. 10121690
rhowry@howrybreen.com
John E. Carlson
State Bar No. 00790426
jcarlson@howrybreen.com
1900 Pearl Street
Austin, Texas 78705-5408
Tel. (512) 474-7300
Fax (512) 474-8557

*Attorneys for Defendants Rio Construction,*
*Inc. and Jerry Bishop, Individually*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was delivered on February 13, 2025, in accordance with Rule 5(b)(2) of the Federal Rules of Civil Procedure, to the parties listed and in the manner indicated below:

Douglas B. Welmaker                              ✓ Electronic service
doug@welmakerlaw.com                           □ In person
SCHMIDT LAW FIRM PLLC                          □ Registered mail, return receipt requested
409 North Fredonia, Suite 118                  □ Commercial delivery service
Longview, Texas 75601                          □ Facsimile
Tel. (512) 499-2048                            □ Electronic mail

*Attorney for Plaintiff Arturo Cardona*

Randy R. Howry

- 2 -