IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ARTURO CARDONA, | § § § | |
| *Plaintiff,* | § § | |
| vs. | § § | Case No. 1:24-cv-1504 |
| RIO CONSTRUCTION, INC. AND JERRY BISHOP, INDIVIDUALLY, | § § § § § | |
| *Defendants.* | § § | |

## AGREED PROPOSED SCHEDULING ORDER

Counsel for the parties have conferred regarding a potential case scheduling order. Attached as Exhibit "A" is a copy of the Agreed Proposed Scheduling Order.

**Agreed to:**

SCHMIDT LAW FIRM PLLC

*/s/ Douglas B. Welmaker (w/ permission)*
_____
Douglas B. Welmaker
State Bar No. 00788641
doug@welmakerlaw.com
409 North Fredonia, Suite 118
Longview, Texas 75601
Tel. (512) 499-2048

*Attorney for Plaintiff Arturo Cardona*

HOWRY BREEN & HERMAN, L.L.P.

_____
Randy R. Howry
State Bar No. 10121690
rhowry@howrybreen.com
John E. Carlson
State Bar No. 00790426
jcarlson@howrybreen.com
1900 Pearl Street
Austin, Texas 78705-5408
Tel. (512) 474-7300
Fax (512) 474-8557

*Attorneys for Defendants Rio Construction, Inc. and Jerry Bishop, Individually*