UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
April 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
DEPUTY

| | |
|---|---|
| **ARTURO CARDONA,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 1:24-cv-1504 |
| § | |
| **RIO CONSTRUCTION, INC. AND JERRY BISHOP, INDIVIDUALLY,** § § | |
| § | |
| **Defendants.** § | |

## SCHEDULING ORDER

The scheduling recommendations provided by the parties on March 21, 2025 (Dkt no. 15) are adopted by the Court. Therefore, the following dates are entered to control the course of this case:

1. The parties must mediate this case on or before **October 17, 2025**, and file a report in accordance with Rule 88 after the mediation is completed.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **June 6, 2025**, and each opposing party shall respond, in writing, by **June 20, 2025**.

3. The parties asserting claims for relief shall file all motions to amend or supplement pleadings or to join additional parties by **July 11, 2025**. The parties shall file all responsive pleadings by the earlier of: *(i)* any deadline imposed by the Federal Rules of Civil Procedure for filing responses to any such motions, or *(ii)* **July 25, 2025**.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **August 29, 2025**. Parties resisting claims for relief shall file their designation testifying experts and shall serve on all parties, but not file the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **September 30, 2025**. All

designations of rebuttal experts shall be designated within fourteen (14) days of receipt of the report of the opposing expert.

     5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within thirty (30) days of receipt of the written report of the expert's proposed testimony, or within thirty (30) days of the expert's deposition, if a deposition is taken, whichever is later.

     6. The parties shall complete all discovery on or before **December 19, 2025**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

     7. All dispositive motions shall be filed no later than **December 19, 2025**. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to twenty (20) pages in length. Replies, if any, shall be limited to ten (10) pages in length in accordance with Local Rule CV-7(e). **If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.**

     8. The hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

     9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

     IT IS SO ORDERED.

     DATED: Austin, Texas, __April 3_____, 2025.

                                            DAVID A. EZRA
                                            SENIOR U.S. DISTRICT JUDGE